# Order

Michigan Supreme Court
Lansing, Michigan

May 27, 2020

160772

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SARON E. MARQUARDT, Personal
Representative for the Estate of
SANDRA MARQUARDT,
         Plaintiff-Appellant,

v

                                  SC: 160772
                                  COA: 343248
                                  Washtenaw CC: 12-000621-NH

VELLAIAH DURAI UMASHANKAR, MD,
         Defendant-Appellee,

and

JONATHAN HAFT,
         Defendant.
_____/

      On order of the Court, the application for leave to appeal the November 26, 2019 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on the application. MCR 7.305(H)(1).

      The appellant shall file a supplemental brief within 42 days of the date of this order addressing whether the decedent failed to give Dr. Umashankar notice as required by MCL 600.2912b, by way of notice mailed on July 20, 2009, on the ground that the notice was not addressed or directed to him. In addition to the brief, the appellant shall electronically file an appendix conforming to MCR 7.312(D)(2). In the brief, citations to the record must provide the appendix page numbers as required by MCR 7.312(B)(1). The appellee shall file a supplemental brief within 21 days of being served with the appellant's brief. The appellee shall also electronically file an appendix, or in the alternative, stipulate to the use of the appendix filed by the appellant. A reply, if any, must be filed by the appellant within 14 days of being served with the appellee's brief. The parties should not submit mere restatements of their application papers.

      The Michigan Association for Justice, the Michigan Defense Trial Counsel, Inc., and Michigan Health and Hospital Association are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.

BERNSTEIN, J., did not participate because he has a family member with an interest that could be affected by the proceeding.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2020



Clerk

a0520